IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-cv-00478-M-BM

| | | |
|---|---|---|
| MARK CARVER | ) | |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **NOTICE OF SPECIAL APPEARANCE** |
| | ) | |
| CITY OF MOUNT HOLLY, ANDREA | ) | |
| WILLIAMS AS EXECUTOR FOR THE | ) | |
| ESTATE OF KAREN WINNINGHAM, | ) | |
| KRISTIN HUGHES, DAVID CROW, | | |
| WILLIAM TERRY, WILLIAM STETZER, | | |
| KEVIN MURPHY, JIM WORKMAN | | |

Please take notice that the undersigned Joshua Snow Kendrick hereby enters a notice of special appearance as attorney for Plaintiff Mark Carver in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, S. Frederick Winiker.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

     s/ Joshua Snow Kendrick
Joshua Snow Kendrick
Kendrick & Leonard, P.C.
7 Mills Ave.
Greenville, SC 29605
(864) 760-4000
Josh@KendrickLeonard.com
SC Bar. No. 70453
Attorney for Plaintiff Mark Carver

     s/ S. Frederick Winiker
S. Frederick Winiker

Winiker Law Firm, PLLC
352 N. Caswell Rd
Charlotte, NC 28204


(704) 333-8440
Fax: (704) 831-5274
SWiniker@WinikerLaw.com
NC Bar. No. 22390
Local Civil Rule 83.1(d) Attorney for Plaintiff