# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

**Civil Action No: 5:25-cv-00478-M-BM**

| | |
|---|---|
| **MARK CARVER,** | |
| **Plaintiff,** | |
| **v.** | **REPORT OF THE PARTIES'** |
| **CITY OF MOUNT HOLLY; ANDREA WILLIAMS as executor for the ESTATE OF KAREN WINNINGHAM; KRISTIN HUGHES; DAVID CROW; WILLIAM TERRY; WILLIAM STETZER; KEVIN MURPHY; and JIM WORKMAN,** | **PLANNING MEETING** Fed. R. Civ. P. 26(f) |
| **Defendants.** | |

NOW COME the parties, reporting on the Parties' Planning Meeting pursuant to this Court's Order and Rule 26(f) of the Federal Rules of Civil Procedure.

1. The following persons participated in a Rule 26(f) conference on March 30, 2026 via video conferencing, where all parties in the above-captioned matter were represented:

S. Frederick Winiker representing Plaintiff Mark Carver;

Christian Ferlan, representing Defendants Kevin Murphy and Jim Workman;

Daniel Peterson, representing Defendants City of Mount Holly and William Terry;

Michael Bulleri, representing Defendant Kristin Hughes;

J. Locke Milholland, representing Defendant David Crow; and

Dorian Wollaston representing Defendant William Stetzer.

2. During the conference, all parties discussed the pending motions to dismiss of the Defendants which, if granted in whole, would dispose of all claims in this matter and, if granted in part, may substantially modify the scope and manner of discovery in this matter.[1]

3. Accordingly, the parties agreed and request that this Court-- in the interest of both judicial economy and expense to the parties-- not enter a scheduling order at this time and that no initial disclosures be exchanged, until the motions to dismiss have been resolved and answers have been filed by all remaining defendants, if any.

4. If appropriate, the parties agree to make a joint formal motion to that effect but thought it appropriate to make this request in this format, as the parties did meet and discuss discovery planning pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.

Respectfully submitted, this the 13th day of April, 2026.

/s/ *Daniel E. Peterson*
Daniel E. Peterson
N.C. State Bar No.: 41521
PARKER POE ADAMS & BERNSTEIN, LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
T: (704) 372-9000
F: (704) 334-4706
Email: danielpeterson@parkerpoe.com

*Counsel for Defendants Mt. Holly and William Terry*

---

[1] By way of specific example, if the *Monell* claims against the City of Mount Holly are dismissed, the scope of discovery would be different than if those claims survive.

/s/ *Joshua Snow Kendrick*
Joshua Snow Kendrick
KENDRICK & LEONARD, PC
P.O. Box 6938
Greenville, SC 29606
T: (864) 760-4000
F: (803) 667-3187
Email: josh@kendrickleonard.com

S. Frederick Winiker, III
N.C. State Bar No.: 22390
WINIKER LAW FIRM, PLLC
352 N. Caswell Road
Charlotte, NC 28204
T: (704) 333-8440
F: (704) 831-5274
Email: swiniker@fwinikerlaw.com

*Counsel for Plaintiff*

/s/ *Michael Elmer Bulleri*
Michael Elmer Bulleri
N.C. State Bar No.: 35196
N.C. DEPT OF JUSTICE, ENVIRONMENTAL DIVISION
114 W. Edenton Street
Raleigh, NC 27603-1013
T: (919) 716-6942
F: (919) 716-6767
Email: mbulleri@ncdoj.gov

Terence Steed
N.C. State Bar No.: 52809
NC DEPARTMENT OF JUSTICE - PUBLIC SAFETY
SECTION
P. O. Box 629
Raleigh, NC 27602
T: (919) 716-6567
F: (919) 716-6761
Email: tsteed@ncdoj.gov

*Counsel for Defendant Kristin Hughes*

/s/ John Locke Milholland, IV
John Locke Milholland, IV
N.C. State Bar No.: 35449
NC DEPARTMENT OF JUSTICE
114 W Edenton St.
Raleigh, NC 27603
T: (919) 716-6500
F: (919) 716-6761
Email: jmilholland@ncdoj.gov

*Counsel for Defendant David Crow*

/s/ Dorian Avery Wollaston
Dorian Avery Woolaston
N.C. State Bar No.: 54228
NORTH CAROLINA DEPARTMENT OF JUSTICE
114 W. Edenton Street
Raleigh, NC 27601
T: (919) 716-6816
F: (919) 716-6755
Email: dwoolaston@ncdoj.gov

*Counsel for Defendant William Stetzer*

/s/ Christian J. Ferlan
Christian J Ferlan
N.C. State Bar No.: 53459
HALL BOOTH SMITH ATLANTA
11215 North Community House Road, Suite 750
Charlotte, NC 28277
T: (980) 949-7822
F: (678) 539-1601
Email: cferlan@hallboothsmith.com

*Counsel for Defendants Kevin Murphy and Jim Workman*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this date the foregoing "**REPORT OF THE PARTIES'**

**PLANNING MEETING Fed. R. Civ. P. 26(f)**" was electronically filed with the Clerk of Court

using the CM/ECF system which will automatically send notification and serve same upon

counsel of record via the Court's electronica case filing system.

This the 13th day of April, 2026.

/s/  Daniel E. Peterson
Daniel E. Peterson
N.C. State Bar No. 41521
PARKER POE ADAMS & BERNSTEIN LLP
620 South Tryon Street, Suite 3000
Charlotte, N.C.  28202
T: (704) 372-9000
F: (704) 334-4706
Email:  danielpeterson@parkerpoe.com

*Counsel for Defendants Mt. Holly and William Terry*